

**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**

ORDER ON MOTION FOR REHEARING

Appellate case name:     In the Interest of K.N.D., a Child

Appellate case number:   01-12-00584-CV

Trial court case number:  1103002J

Trial court:             314th District Court of Harris County

Date motion filed:       January 18, 2013

Party filing motion:     Appellee, Department of Family and Protective Services

It is ordered that the motion for rehearing is ⊠ **DENIED** ☐ **GRANTED.**

Judge's signature: /s/  Michael Massengale
                   ☐ Acting individually     ⊠ Acting for the Court

Panel consists of: Justices Keyes, Massengale, and Brown

Date: February 20, 2013